THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

CYNTHIA JONES,

        Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN
DEVELOPMENT et al.,

        Defendants.

Civil No. 23-1987 (RBK/SAK)

## ~~PROPOSED~~ ORDER

This matter has been raised *sua sponte* by the Court because of *pro se* Plaintiff's failure to comply with this Court's scheduling and pretrial Orders; failure to appear for Court-Ordered hearings/conferences on May 2, 2023, May 17, 2023, and June 14, 2023; and failure to prosecute her case. *See* Order to Show Cause, May 17, 2023 [ECF No. 8]; and the Court having considered the Report and Recommendation submitted by the Honorable Sharon A. King, U.S.M.J., pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they have fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to L. Civ. R. 72.1(c)(2), and no objections having been received; and the Court finding that the Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown,

IT IS on this 10th day of October, 2023, hereby

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

_____
ROBERT B. KUGLER
United States District Judge